IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD MARK,                                      07-CV-1593-AC

        Plaintiff,                        ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.


**RORY JOSEPH LINERUD**
Linerud Law Firm
P.O. Box 1105
Salem, OR  97308
(503) 587-8776

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITTANIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1000


1  -  ORDER

**DAVID MORADO**
Office of the General Counsel
**CAROL A. HOCH**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2271

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#13) on December 29, 2008, in which he recommends this Court affirm the Commissioner's decision denying Plaintiff's application for supplemental security income benefits.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Acosta's Findings and

2   -   ORDER

Recommendation (#13). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 23rd day of February, 2009.

                                /s/ Anna J. Brown

                                _____
                                ANNA J. BROWN
                                United States District Judge